## WILLARD F. MURRAY *vs.* JOHN W. WEST.

Sussex County, October Term, 1894.

**Judgment. Justice of the Peace.**—In a judgment before a Justice of the Peace, upon a forthwith summons, the record must show that the Justice was satisfied by the oath of the plaintiff, or, otherwise that there was danger of losing the benefit of his process of delay.

CERTIORARI.—The judgment below was reversed because the record of the Justice failed to show that before issuing the forthwith summons, he was satisfied by the oath or affirmation of the plaintiff, or otherwise, that there was danger of losing the benefit of his process by delay.

*Richardson*, for the plaintiff.

*White*, for the defendant.